DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY LINDEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-353

[June 29, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case No. 432016CF000405.

Jeff B. Linden, Moore Haven, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.* Pursuant to *Sims v. State*, 286 So. 3d 292 (Fla. 4th DCA 2019), *rev. denied,* No. SC19-2065, 2020 WL 1899575 (Fla. Apr. 16, 2020), Linden is not entitled to retroactive application of *State v. Lewars*, 259 So. 3d 793 (Fla. 2018).

CIKLIN, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***